IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Doris Mae

Printed: 01/29/09

Case Number: 05 B 01547
Judge: Squires, John H
Filed: 1/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 10, 2008
Confirmed: April 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 27,621.00 |  |
| Secured: |  | 24,138.30 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,100.00 |
| Trustee Fee: |  | 1,345.59 |
| Other Funds: |  | 1,037.11 |
| Totals: | 27,621.00 | 27,621.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Legal - The First Choice | Administrative | 1,100.00 | 1,100.00 |
| 2. | First Horizon Home Loans Corp | Secured | 0.00 | 0.00 |
| 3. | First Horizon Home Loans Corp | Secured | 7,971.48 | 4,029.66 |
| 4. | Corporate America Family CU | Secured | 739.22 | 360.37 |
| 5. | Corporate America Family CU | Secured | 14,478.67 | 6,705.65 |
| 6. | Corporate America Family CU | Secured | 27,773.42 | 13,042.62 |
| 7. | Internal Revenue Service | Priority | 10,027.00 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 1,534.01 | 0.00 |
|  |  |  | $ 63,623.80 | $ 25,238.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 122.76 |
| 3% | 92.07 |
| 5.5% | 393.85 |
| 5% | 102.29 |
| 4.8% | 146.58 |
| 5.4% | 221.02 |
| 6.5% | 200.43 |
| 6.6% | 66.59 |
|  | $ 1,345.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Robinson, Doris Mae | Case Number:  05 B 01547 |
| | Judge:  Squires, John H |
| Printed: 01/29/09 | Filed:  1/18/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

